In the Matter of JOHN W. JACOBSEN, a Child under Sixteen Years of Age, Appellant. CHILDREN'S COURT OF THE COUNTY OF NASSAU, Respondent.

Submitted May 17, 1954; decided May 27, 1954.

*Stanley C. Fowler, Jr.,* for motion.

*G. Burchard Smith, County Attorney (LeRoy G. Edwards* of counsel), opposed.

Motion dismissed (see Civ. Prac. Act, § 589, subd. 1, par. [b]).